To whom this letter may concern,

Enclosed please find a copy of a **motion to compel criminal charges**, I have filed in the lackawanna county common pleas courts. I am fileing this motion, hoping it will **{ draw attention to the corruption currently rumming rampant in Lackawanna county Pennsylvania }**. If you are the United States Attorney General, these judges and D.A.'s work under your Authority, if law, if you are a Federal Judge, these employees of the PEOPLE as well are under your jurisdicion. If your are a senator, again, you as well are in a position to draw LIGHT on this CORRUPTION. If you are part of an organization that fights against CORRUPTION, I am urging you to assist me. Help me draw attention to this **abuse of power** by our elected officials !!!!!! As one man I am nothing. But standing along with Some of THE HIGHEST recognized elected legal representatives, **we are a force to be reconed with**. Joined with the power of these other Societal awareness Organizations, I feel there is NO way we can be defeated. I feel **We can extingissh this corruption once and for all**. I thank you humbly for your time and assistance with this issue.

Respectfully

*[signature]*

CC: United States Attorney General, Merrick Garland, Amstead law Project, Seatton Hall law Project, U.S. District Court Prothonatary, U.S. Senator John Fetterman, P.a. Attorney General, Michelle Henery, Lackawanna County D.A. krowiak, Drew, Clerk of Courts Mauri B Kelly

IN THE COURT OF COMMON PLEAS, LACKAWANNA COUNTY

PENNSYLVANIA

ROBERT JOHENKINS  :

   V,  :

ROBERT WILLIAMS  :

CARBONDALE POLICE OFFICER  :

MOTION TO COMPELL COMMON PLEAS COURT TO ISSUE

CRIMINAL CHARGES PURSUANT TO, TITLE 18.P.a.C.S. 4902

18.P.a.C.S 4903, 18.P.a.C.S. 4904

Petitioner seeks this court to issue criminal charges against sworn officer, Robert Williams, for violations of Pennsylvania Statutes, pennsylvania rules of court, and pennsylvania rules of crim procedures.

In making this affidavit I am aware that perjury is a felony and that the punishment is a fine of not more than $15,000 or imprisonment for not more than seven years or both.

Petitioner as the affiant, maintains that officer, Patrolman, Robert Williams employed by the carbondale police department committed perjury, a criminal act

impunishable as a Felony (3) , Officer Williams further , Pursuant to, 18 Pa.C.S. §§ 4903 and 4904 (relating to false swearing; and unsworn falsification to authorities).

both are misdemeanors of the (3)rd degree. Impunishable by up to 6 months in jail and a 300.00 Dollar fine.

As well, Affiant contends that officer Williams is guilty of the following as well.

Pursuant to Title 18 Pa.C.S. 3903, Theft by unlawful taking, and recieving stolen property.

Affiant contends that all actions stem from an illegal stop that occured on, June 21, 2022, at or around 4:00 Pm in the Carbondale township area. Affiant contends that as he was driving from Dickson city, officer Robert Williams who ( while off Duty as sworn to in testimony under oath) testified that he was not on patrol, proceeded to initiate a traffic stop on the affiant for alleged failure to properly use his turn signal. Officer Williams illegally searched and seized the affiant 2012 JEEP Grand Cherokee after affiant refused to allow the officer to search his vehichle.

Affiant contends that an off duty officer can not take posession of his moveable property without proof of a crime involving the moveable property, as well as a warrant to seize the property. Affiant contends that when officer Robert Williams called G&G towing and proceeded to " impound " ( STEAL ) the vehichle he broke the Pennsylvania Title 18 Pa.C.S.§ 3903, Theft by unlawful taking, Recieving stolen property.

**AFFIANT ASKS THAT A WARRANT FOR THE ARREST OF OFFICER, ROBERT WILLIAMS, BE ISSUED BY THIS COURTS**

---

### EVIDENCE IN SUPPORT OF CHARGES

**SEE PRELIMINARY HEARING TRANSCRIPTIS MARKED AS FOLLOWS**

**PAGES 1,2,3,4,5,**

**SEE OMNIBUS SUPRESSION TRANSCRIPTS MARKED AS FOLLOWS**

**PAGES 3,4,5,9,10,19,20**

**PLEASE SEE ATTACHED EXHIBITS**

Order of the Courts

Common Pleas of Pennsylvania.

ON THIS _____ DAY OF _____, 2024

IT IS HERE BY ORDERED, AS DECISION OF THE COURTS

SWORN TO BY ORDER OF THE HONORABLE PRESIDING JUDGE,

_____

SIGNATURE OF ISSUING AUTHORITY

Robert Johenkens
Lackawanna County Prison
1371 North Washington Ave.
Scranton, PA 18509

2022-01781

Retail

U.S. POSTAGE PAID
FCM LG ENV
SCRANTON, PA 18503
JAN 10, 2024

19107        $7.75
RDC 99       R2305E123575-18

  

U.S.M.S. X-RAY

RETURN RECEIPT REQUESTED

Prothonotary c/o
United States Federal Court House
601 Market Street
Philadelphia Pa. 19107

RECEIVED
JAN 16 2024
BY: _____

RETURN RECEIPT REQUESTED

**CONTENTS MAILED FROM CORRECTIONAL FACILITY**

RETURN RECEIPT REQUESTED



CONTENTS MAILED FROM CORRECTIONAL FACILITY

CERTIFIED MAIL

9589 0710 5270 1557 1125 40